UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL, | No. 2:09-cv-00842-MCE-GGH |
|     Plaintiff, | |
|   v. | **RELATED CASE ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
|     Defendants. | |
| SANDIPKUMAR TANDEL, | No. 2:11-cv-00353-JAM-JFM |
|     Plaintiff, | |
|   v. | |
| COUNTY OF SACRAMENTO, et al., | |
|     Defendants. | |

    The Court has received the Notice of Related Case filed on February 14, 2011.

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

1

1 | The actions involve many of the same defendants and are based on
2 | the same or similar claims, the same property transaction or
3 | event, similar questions of fact and the same questions of law,
4 | and would therefore entail a substantial duplication of labor if
5 | heard by different judges.  Accordingly, the assignment of the
6 | matters to the same judge is likely to effect a substantial
7 | savings of judicial effort and is also likely to be convenient
8 | for the parties.
9 |     The parties should be aware that relating the cases under
10 | Local Rule 123 merely has the result that both actions are
11 | assigned to the same judge; no consolidation of the action is
12 | effected.  Under the regular practice of this court, related
13 | cases are generally assigned to the district judge and magistrate
14 | judge to whom the first filed action was assigned.
15 |     IT IS THEREFORE ORDERED that the action denominated 2:11-cv-
16 | 00353-JAM-JFM, <u>Sandipkumar Tandel v. County of Sacramento, et al.</u>
17 | is reassigned to Judge Morrison C. England, Jr. and Gregory G.
18 | Hollows for all further proceedings, and any dates currently set
19 | in this reassigned case only is hereby VACATED.  The Clerk of the
20 | Court is to issue an Order Requiring Joint Status Report.
21 | Henceforth, the caption on documents filed in the reassigned case
22 | shall be shown as 2:11-cv-00353-MCE-GGH.
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: March 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE