# PROOF OF SERVICE

**CASE NAME:** *Tandel v. County of Sacramento, et al.*
**CASE NO.:** 2:11-cv-00353 MCE GGH

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Dr. Suite 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On April 15, 2011, I served the following:

- **NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FRCP 42(a) FOR ALL PURPOSES, INCLUDING TRIAL OR ALERNATIVELY FOR DISCOVERY PURPOSES**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT COUNTY OF SACRAMENTO'S MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FRCP 42(a) FOR ALL PURPOSES, INCLUDING TRIAL OR ALERNATIVELY FOR DISCOVERY PURPOSES**

- **DECLARATION OF JENNIFER MARQUEZ IN SUPPORT OF DEFENDANT COUNTY OF SACRAMENTO'S MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FRCP 42(a) FOR ALL PURPOSES, INCLUDING TRIAL OR ALERNATIVELY FOR DISCOVERY PURPOSES**

<u>XX</u>    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

<u>XX</u>    By Electronic Mail - by personally sending to the addressee's Electronic Mail address a true copy of the above-described document(s).

**Attorney for Defendants – Gregory Sokolo, MD, Keelin Garvey, MD:**
Robert F. Tyler, Jr.
Wilke, Fleury, Hoffelt, Gould & Birney, LLP
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
rtyler@wilkefleury.com

___

XX   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 15, 2011, at Sacramento, California.

/s/ Michelle Sauvain
Employee of Longyear, O'Dea & Lavra, LLP