IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO et al,<br><br>Defendants. | Lead Case No.:<br>2:11-CV-353-MCE-GGH |
| SANDIPKUMAR TANDEL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO et al,<br><br>Defendants. | Consolidated with:<br>2:09-CV-842-MCE-GGH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT NAMING DOE DEFENDANTS IN CASE 2:09-CV-842-MCE-GGH** |

*///*
*///*
*///*
*///*
*///*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Motion to Amend the First Amended Complaint (ECF No. 36) is GRANTED. Plaintiff may file a Second Amended Complaint Naming Doe Defendants in Case No. 2:09-CV-842, within twenty (20) days of this Order being electronically filed. The hearing, scheduled for June 23, 2011 before this Court, is hereby VACATED.

**IT IS SO ORDERED.**

Date: June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE