| | |
|---|---|
| LONGYEAR, O'DEA & LAVRA, LLP<br>Van Longyear, CSB No. 84189<br>Jennifer Marquez, CSB No. 232194<br>3620 American River Drive, Suite 230<br>Sacramento, California 95864-5923<br>Tel: (916)974-8500 Fax: (916)974-8510<br>Attorneys for Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, John Ko, M.D., Goli Sahba, M.D., John Wilson, Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN. Tracie Keillor and Pablito Gaddis | THE LAW OFFICES OF GERI LYNN GREEN, LC<br>Geri Lynn Green, CSB No. 127709<br>Julien Swanson, CSB No. 193957<br>155 Montgomery Street, Ste. 901<br>San Francisco, CA 94104<br>Tel: (415) 982-2600 Fax: (415)358-4562<br>Attorneys for Plaintiff<br><br>THE LAW OFFICES OF DENNISE S. HENDERSON<br>Dennise Henderson, CSB No. 208640<br>1903 Twenty-First Street<br>Sacramento, CA 95811<br>Tel: (916)456-2027<br>Attorneys for Plaintiff |
| PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br>Norman V. Prior, CSB No. 125457<br>350 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Tel: (916)929-1481 Fax: (916)927-3706<br>Attorneys for Defendants, Chris Smith, M.D. | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP<br>Robert F. Tyler, Jr., CSB No. 063055<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>Tel: (916) 441-2430 Fax: (916)442-6664<br>Attorneys for Defendants, Gregory Sokolov, MD, Keelin Garvey, MD |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | **CASE NO. 2:11-cv-00353 MCE GGH**<br><br>[Consolidated with Case No. 2:09-cv-00842 MCE GGH]<br><br>**REQUEST AND STIPULATION FOR EXTENSION OF TIME TO FILE A JOINT STATUS REPORT; ORDER** |

Plaintiff, Sandipkumar Tandel, is represented by Geri Green of the Law Offices of Geri Lynn Green, LC and Dennise S. Henderson of the Law Office of Dennise S. Henderson. Defendants, County of Sacramento, Sheriff John McGinness, Ann Marie Boylan, Asa Hambly, M.D., Hank Carl, RN and Michael Sotak, M.D., James Austin, John Wilson, Susan Kroner,

Agnes Felicano, John Ko M.D. and Goli Sahba M.D. are represented by Van Longyear and Jennifer Marquez of Longyear, O'Dea & Lavra, LLP. Defendant Chris Smith, M.D. is represented by Norm V. Prior and Kimberly L. Kakavas of Porter Scott. Defendants Gregory Sokolov and Keelin Garvey, M.D. are represented by Robert Tyler of Wilke, Fleury, Hoffelt, Gould & Birney, LLP.

The current deadline for the parties to file a Joint Status Report is August 8, 2011.

On June 21, 2011, Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, John Ko, M.D, Goli Sahba, M.D, Richard L. Bauer, M.D., and Officer John Wilson moved to dismiss Plaintiff Sandipkumar Tandel's First Amended Complaint (FAC), filed in case number 2:11-cv-0353 MCE GGH, Docket No. 22, pursuant to FRCP 12(b)(6), which is currently scheduled to be heard on August 25, 2011.[1]

On July 22, 2011, Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Asa Hambly, M.D, Hank Carl RN, Sergeant Tracie Keillor, Deputy Pablito Gaddis, and moved to dismiss Plaintiff Sandipkumar Tandel's Second Amended Complaint (SAC), filed in case number 2:09-cv-00842 MCE GGH, Docket No. 43, pursuant to FRCP 12(b)(6), which is currently scheduled to be heard on August 25, 2011.

Defendant Chris Smith, M.D. filed a motion to dismiss Plaintiff Sandipkumar Tandel's Second Amended Complaint (SAC), filed in case number 2:09-cv-00842 MCE GGH, which currently scheduled to be heard on September 29, 2011.

Since there are motions to dismiss pending in both cases, the parties request an extension of time for sixty (60) days to file a Joint Status Report.

---

[1] The parties have stipulated to have all motions to dismiss jointly heard on September 6, 2011. A request and stipulation will be filed with the Court.

IT IS HEREBY STIPULATED between the parties that the current deadline of August 8, 2011 to file a Joint Status Report be extended to October 7, 2011 to allow for the resolution of the pending motions to dismiss.

IT IS SO STIPULATED.

Dated: August 4, 2011        LAW OFFICES OF GERI LYNN GREEN, LC

                             By: */s/ Geri Lynn Green*
                                 GERI LYNN GREEN
                                 JULIEN SWANSON
                                 Attorneys for Plaintiff


Dated: August 4, 2011        LAW OFFICES OF DENNISE HENDERSON

                             By: */s/ Dennise Henderson*
                                 DENNISE HENDERSON
                                 Attorney for Plaintiff


Dated: August 4, 2011        LONGYEAR, O'DEA & LAVRA, LLP

                             By: */s/ Jennifer Marquez*
                                 VAN LONGYEAR
                                 JENNIFER MARQUEZ
                                 Attorneys for Defendants, County of Sacramento
                                 John McGinness, Ann Marie Boylan,
                                 Michael Sotak, M.D., Susan Kroner RN,
                                 Agnes R. Felicano NP, James Austin NP,
                                 John Ko, M.D., Goli Sahba, M.D., Officer John
                                 Wilson, Robert Bauer, M.D., Asa Hambly, M.D.,
                                 Hank Carl, RN Sergeant Tracie Keillor and Deputy
                                 Pablito Gaddis


Dated: August 4, 2011        PORTER SCOTT

                             By: */s/ Norman V. Prior; /s/ Kimberly Kakavas*
                                 NORMAN V. PRIOR
                                 KIMBERLY L. KAKAVAS
                                 Attorneys for Defendant Chris Smith, M.D.

| | | |
|---|---|---|
| Dated: August 4, 2011 | | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | By: | /s/ Robert F. Tyler, Jr. |
| | | ROBERT F. TYLER, JR. |
| | | Attorneys for Defendants Gregory Sokolov and Keelin Garvey, M.D. |

IT IS SO ORDERED.

August 5, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE