| | |
|---|---|
| **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>Robert F. Tyler, Jr. (SBN 63055)<br>rtyler@wilkefleury.com<br>400 Capitol Mall, Twenty-Second Floor<br>Sacramento, California 95814<br>Telephone:   (916) 441-2430<br>Facsimile:    (916) 442-6664<br>Attorneys for Defendants Keelin Garvey, M.D., and Gregory Sokolov, M.D. | **LAW OFFICES OF GERI LYNN GREEN, LC**<br>Geri Lynn Green (SBN 127709)<br>Julien Swanson (SBN) 193957)<br>greenlaw700@gmail.com<br>gerilynngreen@gmail.com<br>julienswanson@gmail.com<br>155 Montgomery Street, Suite 901<br>San Francisco, CA 94014<br>Telephone: (415) 982-2600<br>Facsimile: (415) 358-4562<br>Attorneys for Plaintiff Sandipkumar Tandel |
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear (SBN 84189)<br>Jennifer Marquez (SBN 232194)<br>longyear@longyearlaw.com<br>marquez@longyearlaw.com<br>3620 American River Drive, Ste. 230<br>Sacramento, CA 95864<br>Telephone: (916) 974-8500<br>Facsimile: (916) 974-8510<br>Attorneys for Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, Goli Sahba, M.D., John Wilson, Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN. Tracie Keillor and Pablito Gaddis | **LAW OFFICES OF DENNISE S. HENDERSON**<br>Dennise S. Henderson (SBN 208640)<br>dennisehenderson@comcast.net<br>1903 Twenty First Street<br>Sacramento, CA 95811<br>Telephone: (916) 456-2027<br>Facsimile: (916) 456-2035<br>Attorneys for Plaintiff Sandipkumar Tandel<br><br>**PORTER SCOTT**<br>Norman V. Prior (SBN 125457)<br>Kimberly L. Kakavas (SBN 264642)<br>nprior@porterscott.com<br>kkakavas@portcott.com<br>350 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Telephone: (916) 929-1481<br>Facsimile: (916) 927-3706<br>Attorneys for Defendants Chris Smith, M.D. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>           Plaintiff,<br><br>      v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>           Defendant. | Case No. 2:11-cv-00353 MCE GGH [Consolidated with Case No. 2:09-cv-00842 MCE GGH]<br><br>**STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON**<br><br>**(FRCP 41(a)(2))**<br><br>2nd Amended Consolidated Complaint: April 3, 2012<br>Trial Date:  Not Yet Set |

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

794973.1                                                                       -1-                                                              2:11-cv-00353 MCE GGH
STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON

**IT IS HEREBY STIPULATED BY THE PARTIES TO ACTION NO. 2:11-CV-00353 MCE GGH AS FOLLOWS:**

1.  While plaintiff has named Keelin Garvey, M.D. as a party defendant both in the initial Complaint he filed in action No. 2:11-cv-00353 MCE GGH, and in the Second Amended Consolidated Complaint filed herein on April 3, 2012, plaintiff has irrevocably decided to no longer to pursue any claims against defendant Garvey.

2.  In return for that voluntary dismissal, defendant Garvey has agreed to waive any claims for costs or fees she may otherwise have against plaintiff.

3.  Given the foregoing, and good cause appearing, the parties hereby agree that defendant Garvey should, and hereby is, dismissed from this action, with prejudice.

DATED: May 18, 2012            WILKE, FLEURY, HOFFELT,
                               GOULD & BIRNEY, LLP


                               By:    //ROBERT F. TYLER
                                      ROBERT F. TYLER, JR.
                                      Attorneys for Defendants
                                      KEELIN GARVEY, M.D and GREGORY
                                      SOKOLOV, M.D.,

DATED: May 18, 2012            LAW OFFICES OF GERI LYNN GREEN, LC


                               By:    // GERI LYNN GREEN
                                      GERI LYNN GREEN
                                      JULIEN SWANSON
                                      Attorneys for Plaintiff
                                      SANDIPKUMAR TANDEL

DATED: May 18, 2012            LAW OFFICES OF DENNISE S. HENDERSON


                               By:    // DENNISE S. HENDERSON
                                      DENNISE S. HENDERSON
                                      Attorneys for Plaintiff
                                      SANDIPKUMAR TANDEL

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

794973.1                    -2-      2:11-cv-00353 MCE GGH [Consolidated with Case
                                               No. 2:09-cv-00842 MCE GGH]
STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON

| | | |
|---|---|---|
| DATED: May 18, 2012 | | LONGYEAR, O'DEA & LAVRA, LLP |

By:  //VAN LONGYEAR
VAN LONGYEAR
JENNIFER MARQUEZ
Attorneys for Defendants
COUNTY OF SACRAMENTO, JOHN MCGINNESS, ANN MARIE BOYLAN, MICHAEL SOTAK, M.D., SUSAN KRONER RN, AGNES R. FELICANO NP, JAMES AUSTIN NP, JOHN KO, M.D., GOLI SAHBA, M.D., JOHN WILSON, ROBERT BAUER, M.D., ASA HAMBLY, M.D., HANK CARL, RN. TRACIE KEILLOR AND PABLITO GADDIS

DATED: May 18, 2012                    PORTER SCOTT

By:  // NORMAN V. PRIOR
NORMAN V. PRIOR
KIMBERLY L. KAKAVAS
Attorneys for Defendants
CHRIS SMITH

## ORDER OF DISMISSAL

Based upon the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that pursuant to FRCP 41(a)(2) defendant Keelin Garvey, M.D. is hereby dismissed, with prejudice, from those Consolidated Actions No. 2:11-cv-00353 MCE GGH and No. 2:09-cv-00842 MCE GGH, *Sandipkumar Tandel v. County of Sacramento, et al.*

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

794973.1                    -3-         2:11-cv-00353 MCE GGH [Consolidated with Case No. 2:09-cv-00842 MCE GGH]
STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON