**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, Jr. (SBN 63055)
rtyler@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664
Attorneys for Defendants Keelin Garvey, M.D., and Gregory Sokolov, M.D.

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear (SBN 84189)
Jennifer Marquez (SBN 232194)
longyear@longyearlaw.com
marquez@longyearlaw.com
3620 American River Drive, Ste. 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, Goli Sahba, M.D., John Wilson, Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN. Tracie Keillor and Pablito Gaddis

**LAW OFFICES OF GERI LYNN GREEN, LC**
Geri Lynn Green (SBN 127709)
Julien Swanson (SBN) 193957)
greenlaw700@gmail.com
gerilynngreen@gmail.com
julienswanson@gmail.com
155 Montgomery Street, Suite 901
San Francisco, CA 94014
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Attorneys for Plaintiff Sandipkumar Tandel

**LAW OFFICES OF DENNISE S. HENDERSON**
Dennise S. Henderson (SBN 208640)
dennisehenderson@comcast.net
1903 Twenty First Street
Sacramento, CA 95811
Telephone: (916) 456-2027
Facsimile: (916) 456-2035
Attorneys for Plaintiff Sandipkumar Tandel

**PORTER SCOTT**
Norman V. Prior (SBN 125457)
Kimberly L. Kakavas (SBN 264642)
nprior@porterscott.com
kkakavas@portcott.com
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
Attorneys for Defendants Chris Smith, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendant. | Case No. 2:11-cv-00353 MCE GGH [Consolidated with Case No. 2:09-cv-00842 MCE GGH]<br><br>**STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON**<br><br>**(FRCP 41(a)(2))**<br><br>2nd Amended Consolidated Complaint: April 3, 2012<br>Trial Date:  Not Yet Set |

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

794973.1                        -1-                    2:11-cv-00353 MCE GGH
STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON

**IT IS HEREBY STIPULATED BY THE PARTIES TO ACTION NO. 2:11-CV-00353 MCE GGH AS FOLLOWS:**

1. While plaintiff has named Keelin Garvey, M.D. as a party defendant both in the initial Complaint he filed in action No. 2:11-cv-00353 MCE GGH, and in the Second Amended Consolidated Complaint filed herein on April 3, 2012, plaintiff has irrevocably decided to no longer to pursue any claims against defendant Garvey.

2. In return for that voluntary dismissal, defendant Garvey has agreed to waive any claims for costs or fees she may otherwise have against plaintiff.

3. Given the foregoing, and good cause appearing, the parties hereby agree that defendant Garvey should, and hereby is, dismissed from this action, with prejudice.

DATED:  May 18, 2012                      WILKE, FLEURY, HOFFELT,
                                          GOULD & BIRNEY, LLP


By:      //ROBERT F. TYLER
         ROBERT F. TYLER, JR.
         Attorneys for Defendants
         KEELIN GARVEY, M.D and GREGORY
         SOKOLOV, M.D.,

DATED:  May 18, 2012                      LAW OFFICES OF GERI LYNN GREEN, LC


By:      // GERI LYNN GREEN
         GERI LYNN GREEN
         JULIEN SWANSON
         Attorneys for Plaintiff
         SANDIPKUMAR TANDEL

DATED:  May 18, 2012                      LAW OFFICES OF DENNISE S. HENDERSON


By:      // DENNISE S. HENDERSON
         DENNISE S. HENDERSON
         Attorneys for Plaintiff
         SANDIPKUMAR TANDEL

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

794973.1                              -2-        2:11-cv-00353 MCE GGH [Consolidated with Case
                                                 No. 2:09-cv-00842 MCE GGH]
STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON

| | |
|---|---|
| DATED: May 18, 2012 | LONGYEAR, O'DEA & LAVRA, LLP |

By:     //VAN LONGYEAR

VAN LONGYEAR
JENNIFER MARQUEZ
Attorneys for Defendants
COUNTY OF SACRAMENTO, JOHN MCGINNESS, ANN MARIE BOYLAN, MICHAEL SOTAK, M.D., SUSAN KRONER RN, AGNES R. FELICANO NP, JAMES AUSTIN NP, JOHN KO, M.D., GOLI SAHBA, M.D., JOHN WILSON, ROBERT BAUER, M.D., ASA HAMBLY, M.D., HANK CARL, RN. TRACIE KEILLOR AND PABLITO GADDIS

DATED: May 18, 2012      PORTER SCOTT

By:     // NORMAN V. PRIOR

NORMAN V. PRIOR
KIMBERLY L. KAKAVAS
Attorneys for Defendants
CHRIS SMITH

### **ORDER OF DISMISSAL**

Based upon the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that pursuant to FRCP 41(a)(2) defendant Keelin Garvey, M.D. is hereby dismissed, with prejudice, from those Consolidated Actions No. 2:11-cv-00353 MCE GGH and No. 2:09-cv-00842 MCE GGH, *Sandipkumar Tandel v. County of Sacramento, et al.*

**IT IS SO ORDERED.**

Dated: May 18, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

794973.1      -3-      2:11-cv-00353 MCE GGH [Consolidated with Case No. 2:09-cv-00842 MCE GGH]
STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KEELIN GARVEY, M.D. AND ORDER THEREON