# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | CASE NO.  2:11-cv-00353 MCE GGH [Consolidated with Case No. 2:09-cv-00842 MCE GGH]<br><br>Second Amended Complaint Filed: 4/3/12<br><br>ORDER REGARDING COUNTY DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE AND SERVE AN ANSWER TO PLAINTIFF'S CONSOLIDATED SECOND AMENDED COMPLAINT (DOC. 73) PURSUANT TO LOCAL RULE 144 |

Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, Goli Sahba, M.D., Officer John Wilson, Robert Bauer, M.D. ("County Defendants") filed a request for an extension of time to file and serve an Answer to Plaintiff's Consolidated Second Amended Complaint. Good cause appearing, IT IS HEREBY ORDERED that County Defendants' request for an extension of time, up to and including September 25, 2012, to file and serve an Answer to Plaintiff's Consolidated Second Amended Complaint, is granted.

**IT IS SO ORDERED**.

Dated:  September 20, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE