1  LONGYEAR, O'DEA & LAVRA, LLP
   3620 American River Drive, Suite 230
2  Sacramento, California 95864-5923
   Tel: 916-974-8500 Fax: 916 974-8510
3  Van Longyear, CSB No. 84189
   Jennifer Marquez, CSB No. 232194

4  Attorneys for Defendants County of Sacramento,
   John McGinness, Ann Marie Boylan,
5  Michael Sotak, M.D., Susan Kroner RN,
   Agnes R. Felicano NP, James Austin NP,
6  John Ko, M.D., Glayol Sahba, M.D., Officer John Wilson,
   Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN
7  Sgt. Tracie Keillor, Deputy Pablito Gaddis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | **CASE NO. 2:11-cv-00353 MCE GGH**<br>**[Consolidated with 2:09-cv-00842 MCE GGH]**<br><br>**STIPULATION FOR DISMISSAL OF HANK CARL, RN AND ORDER** |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, by and between Plaintiff SANDIPKUMAR TANDEL and Defendants COUNTY OF SACRAMENTO, JOHN MCGINNES, ANN MARIE BOYLAN, MICHAEL SOTAK, SUSAN KRONER, AGNES FELICANO, JAMES AUSTIN, RICHARD BAUER, GLAYOL SAHBA, DEPUTY JOHN WILSON AND CHRISTOPHER SMITH, M.D., by and through their attorneys of record, that Defendant HANK CARL, RN be dismissed with prejudice.

///

///

1 | Each side to bear his, her, or their own attorney's fees and costs.

2

3 | **IT IS SO STIPULATED.**

4 | Dated: October 8, 2012        LAW OFFICES OF GERI LYNN GREEN, LC

5

6 | By: */s/ Geri Lynn Green*
     GERI LYNN GREEN
7 |    Attorney for Plaintiff

8 | Dated: October 8, 2012        LAW OFFICES OF DENNISE HENDERSON

9

10 | By: */s/ Dennise Henderson*
      DENNISE HENDERSON
11 |   Attorney for Plaintiff

12

13 | Dated: October 8, 2012        LONGYEAR, O'DEA AND LAVRA, LLP

14

15

16 | By: */s/ Jennifer Marquez*
      VAN LONGYEAR
      JENNIFER MARQUEZ
17 |   Attorneys for Defendants County of Sacramento,
       John McGinness, Ann Marie Boylan,
18 |   Michael Sotak, M.D., Susan Kroner RN,
       Agnes R. Felicano NP, James Austin NP,
19 |   John Ko, M.D., Glayol Sahba, M.D.,
       Officer John Wilson, Robert Bauer, M.D., Asa
20 |   Hambly, M.D., Hank Carl, RN
       Sgt. Tracie Keillor, Deputy Pablito Gaddis

21 | Dated: October 8, 2012        PORTER SCOTT

22

23

24 | By: */s/ Norman V. Prior / Kimberly Kakavas*
       NORMAN V. PRIOR
       KIMBERLY L. KAKAVAS
25 |   Attorneys for Defendant Chris Smith, M.D.

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that Defendant HANK CARL, RN, is dismissed with prejudice.  Each side is to bear his, her, or their own attorney's fees and costs.

Dated:  October 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE