LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510
Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants County of Sacramento,
John McGinness, Ann Marie Boylan,
Michael Sotak, M.D., Susan Kroner RN,
Agnes R. Felicano NP, James Austin NP,
John Ko, M.D., Glayol Sahba, M.D., Officer John Wilson,
Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN
Sgt. Tracie Keillor, Deputy Pablito Gaddis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | **CASE NO. 2:11-cv-00353 MCE GGH**<br>[Consolidated with 2:09-cv-00842 MCE GGH]<br><br>**STIPULATION FOR DISMISSAL OF HANK CARL, RN AND ORDER** |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, by and between Plaintiff SANDIPKUMAR TANDEL and Defendants COUNTY OF SACRAMENTO, JOHN MCGINNES, ANN MARIE BOYLAN, MICHAEL SOTAK, SUSAN KRONER, AGNES FELICANO, JAMES AUSTIN, RICHARD BAUER, GLAYOL SAHBA, DEPUTY JOHN WILSON AND CHRISTOPHER SMITH, M.D., by and through their attorneys of record, that Defendant HANK CARL, RN be dismissed with prejudice.

///

///

Each side to bear his, her, or their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: October 8, 2012                LAW OFFICES OF GERI LYNN GREEN, LC


By: */s/ Geri Lynn Green*
        GERI LYNN GREEN
        Attorney for Plaintiff


Dated: October 8, 2012                LAW OFFICES OF DENNISE HENDERSON


By: */s/ Dennise Henderson*
        DENNISE HENDERSON
        Attorney for Plaintiff


Dated: October 8, 2012                LONGYEAR, O'DEA AND LAVRA, LLP


By: */s/ Jennifer Marquez*
        VAN LONGYEAR
        JENNIFER MARQUEZ
        Attorneys for Defendants County of Sacramento,
        John McGinness, Ann Marie Boylan,
        Michael Sotak, M.D., Susan Kroner RN,
        Agnes R. Felicano NP, James Austin NP,
        John Ko, M.D., Glayol Sahba, M.D.,
        Officer John Wilson, Robert Bauer, M.D., Asa
        Hambly, M.D., Hank Carl, RN
        Sgt. Tracie Keillor, Deputy Pablito Gaddis

Dated: October 8, 2012                PORTER SCOTT


By: */s/ Norman V. Prior / Kimberly Kakavas*
        NORMAN V. PRIOR
        KIMBERLY L. KAKAVAS
        Attorneys for Defendant Chris Smith, M.D.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that Defendant HANK CARL, RN, is dismissed with prejudice.  Each side is to bear his, her, or their own attorney's fees and costs.

Dated:  October 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE