| | |
|---|---|
| LONGYEAR, O'DEA & LAVRA, LLP<br>VAN LONGYEAR, SBN 84189<br>PETER C. ZILAFF, SBN 272658<br>3620 American River Drive, Suite 230<br>Sacramento, California 95864-5923<br>Tel: (916)974-8500 Fax: (916)974-8510<br><br>Attorneys for Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, John Ko, M.D., Glayol Sahba, M.D., Officer John Wilson, Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN, Sgt. Tracie Keillor, Deputy Pablito Gaddis | THE LAW OFFICES OF GERI LYNN GREEN, LC<br>GERI LYNN GREEN, SBN 127709<br>JULIEN SWANSON, SBN 193957<br>155 Montgomery Street, Ste. 901<br>San Francisco, CA 94104<br>Tel: (415) 982-2600 Fax: (415)358-4562<br><br>Attorneys for Plaintiff |

PORTER SCOTT
A PROFESSIONAL CORPORATION
NORMAN V. PRIOR, SBN 125457
350 University Avenue, Suite 200
Sacramento, CA 95825
Tel: (916)929-1481 Fax: (916)927-3706

Attorneys for Defendants, Chris Smith, M.D.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | **CASE NO. 2:11-cv-00353 MCE AC**<br>[Consolidated with 2:09-cv-00842 MCE GGH]<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE A REPLY TO OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel, that due to the one-day delay in the filing of plaintiff's opposition to defendants' motion for judgment on the pleadings, based in part on the time required by plaintiff's counsel to establish a basis for the dismissal of certain defendants, and an inadvertent calendaring error, defendants are allowed one additional day to file and serve a reply. The parties agree that defendants' reply shall be due on Friday, September 27, 2013. The hearing regarding defendants' motion for judgment on the pleadings is scheduled for October 3, 2013.

Plaintiff's last day to file and serve an opposition was September 19, 2013 and the last day for defendants to file and serve a reply is September 26, 2013. Plaintiff's counsel advised defense counsel on September 20th that plaintiff would stipulate to the dismissal of certain defendants, and that an opposition to the remaining portions of the motion would be filed and served by September 20, 2013.

The parties have stipulated to the dismissal of various defendants from various claims and will file and serve a stipulation and proposed order regarding the same.

**IT IS SO STIPULATED**.

Dated: September 20, 2013        LAW OFFICES OF GERI LYNN GREEN, LC

                                 By: */s/ Julien Swanson*
                                     GERI LYNN GREEN
                                     JULIEN SWANSON
                                     Attorneys for Plaintiff

Dated: September 20, 2013        LONGYEAR, O'DEA & LAVRA, LLP

                                 By: */s/ Van Longyear*
                                     VAN LONGYEAR
                                     PETER C. ZILAFF
                                     Defendants County of Sacramento, John
                                     McGinness, Ann Marie Boylan, Michael Sotak,
                                     M.D., Susan Kroner RN, Agnes R. Felicano NP,
                                     James Austin NP, John Ko, M.D., Glayol Sahba,
                                     M.D., Officer John Wilson,

Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN, Sgt. Tracie Keillor, Deputy Pablito Gaddis

Dated: September 20, 2013        PORTER SCOTT

By: */s/ Norman V. Prior*
    NORMAN V. PRIOR
    Attorneys for Defendant Chris Smith, MD

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that plaintiff shall be granted leave to file and serve an opposition to defendants' motion for judgment on the pleadings on September 20, 2013, and defendants shall be granted leave to file and serve a reply to plaintiff's opposition to defendants' motion for judgment on the pleadings on September 27, 2013, with a hearing date on October 3, 2013, or as soon as the matter may be heard.

**IT IS SO ORDERED.**

**Dated:  September 26, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT