1  LONGYEAR, O'DEA & LAVRA, LLP          THE LAW OFFICES OF GERI LYNN GREEN, LC
   VAN LONGYEAR, SBN 84189               GERI LYNN GREEN, SBN 127709
2  PETER C. ZILAFF, SBN 272658           JULIEN SWANSON, SBN 193957
   3620 American River Drive, Suite 230  155 Montgomery Street, Ste. 901
3  Sacramento, California 95864-5923     San Francisco, CA 94104
   Tel: (916)974-8500 Fax: (916)974-8510 Tel: (415) 982-2600 Fax: (415)358-4562
4
   Attorneys for Defendants County of    Attorneys for Plaintiff
5  Sacramento, John McGinness, Ann Marie
   Boylan, Michael Sotak, M.D., Susan
6  Kroner RN, Agnes R. Felicano NP,
   James Austin NP, John Ko, M.D., Glayol
7  Sahba, M.D., Officer John Wilson,
   Robert Bauer, M.D., Asa Hambly, M.D.,
8  Hank Carl, RN, Sgt. Tracie Keillor,
   Deputy Pablito Gaddis

9  PORTER SCOTT
   A PROFESSIONAL CORPORATION
10 NORMAN V. PRIOR, SBN 125457
   350 University Avenue, Suite 200
11 Sacramento, CA 95825
   Tel: (916)929-1481 Fax: (916)927-3706
12

13 Attorneys for Defendants, Chris Smith,
   M.D.
14

15                  **UNITED STATES DISTRICT COURT**

16                  **EASTERN DISTRICT OF CALIFORNIA**

17

18 SANDIPKUMAR TANDEL,                    **CASE NO.  2:11-cv-00353 MCE AC**
                                          **[Consolidated with 2:09-cv-00842 MCE GGH]**
19            Plaintiff,

20 vs.                                    **STIPULATION FOR PARTIAL
                                          DISMISSAL AND ORDER**
21 COUNTY OF SACRAMENTO, et al.,

22            Defendants.

23

24

25

26

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel, as follows:

1. Defendant JAMES AUSTIN shall be dismissed with prejudice from Plaintiff's Second Claim for Relief for Violation of the Eighth and Fourteenth Amendments to the Constitution for Failure to Provide Appropriate Medical Care;

2. Defendant MARK IWASA shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence;

3. Defendant SHELLEY JORDAN shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence; and

4. All parties to bear his/her/its/their own attorney's fees and costs as to the above claims.

**IT IS SO STIPULATED**.

Dated: September 20, 2013          LAW OFFICES OF GERI LYNN GREEN, LC


                                   By: */s/ Julien Swanson*
                                   _____
                                       GERI LYNN GREEN
                                       JULIEN SWANSON
                                       Attorneys for Plaintiff

Dated: September 20, 2013          LONGYEAR, O'DEA & LAVRA, LLP


                                   By: */s/ Van Longyear*
                                   _____
                                       VAN LONGYEAR
                                       PETER C. ZILAFF
                                       Defendants County of Sacramento, John
                                       McGinness, Ann Marie Boylan, Michael Sotak,
                                       M.D., Susan Kroner RN, Agnes R. Felicano NP,
                                       James Austin NP, John Ko, M.D., Glayol Sahba,
                                       M.D., Officer John Wilson,
                                       Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl,
                                       RN, Sgt. Tracie Keillor, Deputy Pablito Gaddis

Dated: September 20, 2013          PORTER SCOTT


                                   By: */s/ Norman V. Prior*
                                   _____
                                       NORMAN V. PRIOR
                                       Attorneys for Defendant Chris Smith, MD

# ORDER

1. Defendant JAMES AUSTIN shall be dismissed with prejudice from Plaintiff's Second Claim for Relief for Violation of the Eighth and Fourteenth Amendments to the Constitution for Failure to Provide Appropriate Medical Care. All parties to bear his/her/its/their own attorney's fees and costs;

2. Defendant MARK IWASA shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence. All parties to bear his/her/its/their own attorney's fees and costs;

3. Defendant SHELLEY JORDAN shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence. All parties to bear his/her/its/their own attorney's fees and costs.

**IT IS SO ORDERED.**

**Dated:  September 26, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT