| | |
|---|---|
| LONGYEAR, O'DEA & LAVRA, LLP<br>VAN LONGYEAR, SBN 84189<br>PETER C. ZILAFF, SBN 272658<br>3620 American River Drive, Suite 230<br>Sacramento, California 95864-5923<br>Tel: (916)974-8500 Fax: (916)974-8510 | THE LAW OFFICES OF GERI LYNN GREEN, LC<br>GERI LYNN GREEN, SBN 127709<br>JULIEN SWANSON, SBN 193957<br>155 Montgomery Street, Ste. 901<br>San Francisco, CA 94104<br>Tel: (415) 982-2600 Fax: (415)358-4562 |
| Attorneys for Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, John Ko, M.D., Glayol Sahba, M.D., Officer John Wilson, Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN, Sgt. Tracie Keillor, Deputy Pablito Gaddis | Attorneys for Plaintiff |

PORTER SCOTT
A PROFESSIONAL CORPORATION
NORMAN V. PRIOR, SBN 125457
350 University Avenue, Suite 200
Sacramento, CA 95825
Tel: (916)929-1481 Fax: (916)927-3706

Attorneys for Defendants, Chris Smith, M.D.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | **CASE NO. 2:11-cv-00353 MCE AC**<br>[Consolidated with 2:09-cv-00842 MCE GGH]<br><br>**STIPULATION FOR PARTIAL DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel, as follows:

1. Defendant JAMES AUSTIN shall be dismissed with prejudice from Plaintiff's Second Claim for Relief for Violation of the Eighth and Fourteenth Amendments to the Constitution for Failure to Provide Appropriate Medical Care;

2. Defendant MARK IWASA shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence;

3. Defendant SHELLEY JORDAN shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence; and

4. All parties to bear his/her/its/their own attorney's fees and costs as to the above claims.

**IT IS SO STIPULATED**.

Dated: September 20, 2013     LAW OFFICES OF GERI LYNN GREEN, LC

By: */s/ Julien Swanson*
GERI LYNN GREEN
JULIEN SWANSON
Attorneys for Plaintiff

Dated: September 20, 2013     LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Van Longyear*
VAN LONGYEAR
PETER C. ZILAFF
Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, James Austin NP, John Ko, M.D., Glayol Sahba, M.D., Officer John Wilson, Robert Bauer, M.D., Asa Hambly, M.D., Hank Carl, RN, Sgt. Tracie Keillor, Deputy Pablito Gaddis

Dated: September 20, 2013     PORTER SCOTT

By: */s/ Norman V. Prior*
NORMAN V. PRIOR
Attorneys for Defendant Chris Smith, MD

## ORDER

1. Defendant JAMES AUSTIN shall be dismissed with prejudice from Plaintiff's Second Claim for Relief for Violation of the Eighth and Fourteenth Amendments to the Constitution for Failure to Provide Appropriate Medical Care. All parties to bear his/her/its/their own attorney's fees and costs;

2. Defendant MARK IWASA shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence. All parties to bear his/her/its/their own attorney's fees and costs;

3. Defendant SHELLEY JORDAN shall be dismissed with prejudice from Plaintiff's Tenth Claim for Relief for Negligence. All parties to bear his/her/its/their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT