UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>            Plaintiffs,<br><br>      v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | Case No. 2:11-CV-00353-MCE-GGH<br><br>**ORDER MODIFYING DISCOVERY DEADLINE** |

The Pretrial Scheduling Order at Docket 111 is modified as follows: Non-Expert discovery shall be completed by March 5, 2014. All other existing pre-trial dates remain in effect.

IT IS SO ORDERED.

Dated: January 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1