UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL, | No. 2:11-cv-00353-MCE-AC |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| COUNTY OF SACRAMENTO, ET AL., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED the December 1, 2014 jury trial is vacated and continued to **January 26, 2015**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **November** 20**, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the November 13, 2014 Final Pretrial Conference is vacated and continued to **December 4, 2014,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **November 13, 2014** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 13, 2014.**  Oppositions must be filed by **November 20, 2014** and any reply must be filed by **November 26, 2014.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE