LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants County of Sacramento,
John McGinness, Ann Marie Boylan, Michael Sotak, M.D.,
Susan Kroner RN, Agnes R. Felicano NP, Glayol Sahba, M.D.,
Deputy John Wilson, Richard Bauer, M.D., Deputy Stephanie Jacoby,
Deputy Mark Medeiros, Deputy Mark Iwasa, Shelley Jordan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:11-cv-00353 MCE AC**<br>[Consolidated with 2:09-cv-00842 MCE GGH]<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR INITIAL & SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES AND DEADLINE FOR EXPERT WITNESS DEPOSITIONS** |

Plaintiff, Sandipkumar Tandel, is represented by Geri Green and Julien Swanson of the Law Offices of Geri Lynn Green, LC and Dennise S. Henderson of the Law Office of Dennise S. Henderson.  Defendants, Attorneys for Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak, M.D., Susan Kroner RN, Agnes R. Felicano NP, Glayol Sahba, M.D., Deputy John Wilson, Richard Bauer, M.D., Deputy Stephanie Jacoby, Deputy Mark Medeiros, Deputy Mark Iwasa, and Shelley Jordan ("County of Sacramento, et al.") are

represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.  Defendant Chris Smith, M.D. is represented by Norman V. Prior of Porter Scott.

Good cause exists to modify the pretrial scheduling order to extend the time for the initial disclosure of experts, supplemental experts and discovery and depositions of expert witnesses. The extensive discovery conducted to date has motivated the parties to explore settlement through mediation.  Rule 26 expert reports are currently scheduled to be exchanged on or before April 1, 2014.  The parties believe that resources might be better devoted to mediation rather than devoted to the preparation of final reports and therefore wish to extend the date to exchange to and including May 15, 2014.

The brief extension of time to complete the expert witness disclosures and depositions will allow the parties an opportunity to potentially dispose of the case before expending unnecessary expert witness expenses.  Thus, the parties respectfully request an extension for the initial expert disclosure date, the supplemental expert disclosure date and the last date for parties to complete expert discovery and depositions, as follows:

| | |
|---|---|
| Initial disclosure of experts | April 1, 2014 until May 15, 2014 |
| Supplemental disclosure of experts | April 21, 2014 until May 28, 2014 |
| Expert witness discovery/depositions | May 1, 2014 until June 30, 2014. |

IT IS SO STIPULATED:

Dated: March 18, 2014                              LAW OFFICE OF GERI GREEN

                                                                    */S/: Geri Green*
                                                                    GERI GREEN
                                                                    Attorneys for Plaintiff

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: March 18, 2014 | PORTER SCOTT |
| 2 | | /S/: Norman V. Prior |
| 3 | | NORMAN V. PRIOR |
| | | Attorneys for Defendant, |
| 4 | | Chris Smith, M.D. |

Dated: March 18, 2014         LONGYEAR, O'DEA & LAVRA, LLP

         /S/: Van Longyear
         VAN LONGYEAR
         Attorneys for Defendants,
         County of Sacramento, et al.

**ORDER**

IT IS SO ORDERED.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT