GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN & GREEN, LLP
22 Battery Street Suite 888
San Francisco, California 94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Plaintiff
SANDIPKUMAR TANDEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SACRAMENTO et al,<br><br>　　　　　Defendants. | **Consolidated Case No.<br>2:11-CV-00353-MCE-GGH**<br><br>**STIPULATED REQUEST FOR AN ORDER CONTINUING THE DATE SET FOR HEARING OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND ALL ASSOCIATED PLEADING DATES**<br><br>Trial:　January 26, 2015 |

All parties, through their attorneys, hereby stipulate and request an order granting an extension to the current scheduling order related to the filing of all responsive pleadings, and to the hearing on Defendants' pending Motions for Summary Judgment in the above consolidated cases, as to all claims and all defendants.

GOOD CAUSE under F.R.C.P Rule 16 exists to modify the pretrial scheduling order currently in place, as follows:

As this Court is aware, this is a consolidated case, with 13 remaining Defendants, and involving state and federal claims related to the policies, practices and procedures within the Main Jail, as well as claims of deficient and/or delayed and medical care provided during Plaintiff's 2007 incarceration (February 2007 through May 20, 2007) and 2010 incarceration (March 23, 2010 through May 10, 2010).

On July 12, 2014, Defendants County of Sacramento, John McGinness, Ann Marie Boylan, Michael Sotak M.D., Susan Kroner RN, Agnes R. Felicano NP, Glayol Sahba, M.D., Deputy John Wilson, Richard Bauer, M.D., Deputy Stephanie Jacoby, Deputy Mark Medeiros and Deputy Mark Iwasa brought a 40-page motion for summary judgment as to all claims, with 42 exhibits. (Dkt. 135.)   The motion papers total 999 pages.

On July 12, 2014, Defendant Chris Smith brought a separate 20-page motion for summary judgment, with 21 supporting exhibits. (Dkt. 136.) The motion papers total 476 pages.

The current scheduling order at Docket 111 (dated July 29, 2013), sets the relevant dates as follows:

- The last day to hear dispositive motions shall be **August 7, 2014** Dispositive motion filed at least **8 weeks prior to hearing;**
- Opposition and any cross-motion filed at least **5 weeks prior to hearing;**
- Reply and opposition to cross-motion filed at least **3 weeks prior to hearing;**
- Reply to cross-motion filed at least **1 week prior to hearing**.

When the parties agreed to the above scheduling order, the trial date was set for December 1, 2014, the dispositive motion(s) were limited to 20 pages, and expert discovery was to be

1 completed on May 1, 2014.  Since that time the Court has continued the trial date to January 26,
2 2015 (Dkt. 126, filed 4/23/14); the close of expert discovery was continued to June 30, 2014, (Dkt.
3 127), and Defendants were granted the opportunity to expand their Motions for Summary
4 Judgment from twenty (20) pages to forty (40) pages.  Dkt. 132.

In light of the extensive nature of Defendants' pleading consisting of two motions with 60 pages of pleading and just under 1500 pages of exhibits, and the fact that expert discovery is continuing, both Plaintiff and Defendants are in agreement that more time is necessary for the adequate preparation of Plaintiff's oppositions to both motions and Defendants' replies. Accordingly, the parties request that the Court to continue the date for hearing on the dispositive motions from August 7, 2014 to **September 4, 2014**, with:

- Opposition and any cross-motion filed at least 7 **weeks prior to hearing;**
- Reply and opposition to cross-motion filed at least **3 weeks prior to hearing;**
- Reply to cross-motion filed at least **1 week prior to hearing**.

Granting this request would not implicate the trial date or any associated dates set by the Court at Dkt. 126, filed 4/23/14.

**IT IS SO STIPULATED.**

//
//
//
//
//
//
//
//
//

2

| | | |
|---|---|---|
| 1 | DATED: July 17, 2014 | Respectfully submitted, |
| 2 | | LAW OFFICES OF GREEN & GREEN, LLP |
| 3 | | By:  *Geri Lynn Green* |
| 4 | | Geri Lynn Green<br>Attorney for Plaintiff TANDEL |

DATED: July 17, 2014            LONGYEAR, O'DEA & LAVRA, LLP

By :   */s/ Van Longyear\**
       VAN LONGYEAR
       Attorney for Defendants County, et. al.,

DATED: July 17, 2014            PORTER SCOTT
                                A Professional Corporation

By :   */s/ Norm Prior\**
       Norm Prior
       Attorney for Defendant SMITH

\* filed with signatory's permission.

3

<u>ORDER</u>

GOOD CAUSE having been found, the pretrial scheduling order at Docket 111 is modified as follows:

- The last day to hear dispositive motions shall be **September 4, 2014.**
- Opposition and any cross-motion filed at least **7 weeks prior to hearing;**
- Reply and opposition to cross-motion filed at least **3 weeks prior to hearing;**
- Reply to cross-motion filed at least **1 week prior to hearing**.

IT IS SO ORDERED.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT