**LAW OFFICES OF GREEN & GREEN, LLP**
Geri Lynn Green (SBN 127709)
Julien Swanson (SBN 193957)
greenlaw700@gmail.com
gerilynngreen@gmail.com
julienswanson@gmail.com
22 Battery Street, Suite 888
San Francisco, CA 94111
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Attorneys for Plaintiff Sandipkumar Tandel

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear (SBN 84189)
longyear@longyearlaw.com
3620 American River Drive, Ste. 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendant. | Case No. 2:11-cv-00353 MCE GGH [Consolidated with Case No. 2:09-cv-00842 MCE GGH]<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT JOHN WILSON, AND OF CLAIMS EIGHT, TEN AND ELEVEN; AND PROPOSED ORDER THEREON**<br><br>**(FRCP 41(a)(2))** |

**IT IS HEREBY STIPULATED BY THE PARTIES TO ACTION NO. 2:11-CV-00353 MCE GGH AS FOLLOWS:**

1.   Plaintiff hereby dismisses all claims against defendant Wilson.

2.   In return for that voluntary dismissal, defendant Wilson has irrevocably agreed to waive any claims for costs or fees he may otherwise have against plaintiff.

3.   Plaintiff also dismisses claims eight, ten and eleven against all defendants.

4.   In return for that voluntary dismissal of claims eight ten and eleven, the County, Bauer, Sahba, and Sotok have irrevocably agreed to waive any claims for costs or fees associated to these claims they may otherwise have against plaintiff.

5.   Given the foregoing, and good cause appearing, the parties hereby agree that defendant Wilson, and claims eight, ten and eleven, be dismissed from this action, with prejudice.

DATED: September 3, 2014					LAW OFFICES OF GREEN & GREEN, LLP


						By:	/s/ *Geri Lynn Green*
							GERI LYNN GREEN
							Attorney for Plaintiff SANDIPKUMAR TANDEL

DATED: September 3, 2014					LONGYEAR, O'DEA & LAVRA, LLP


						By:	/s/ *Van Longyear* *
							VAN LONGYEAR
							Attorney for Defendants
							COUNTY OF SACRAMENTO, JOHN
							MCGINNESS, ANN MARIE BOYLAN,
							MICHAEL SOTAK, M.D., SUSAN KRONER
							RN, AGNES R. FELICANO NP, JAMES
							AUSTIN NP, GOLI SAHBA, M.D., JOHN
							WILSON, ROBERT BAUER, M.D.

* Permission to file granted.

### **ORDER**

Based upon the foregoing Stipulation of the parties (ECF No. 152) and good cause appearing, it is hereby ORDERED that pursuant to FRCP 41(a)(2) claims eight, ten and eleven, and defendant John Wilson are hereby dismissed, with prejudice, from those Consolidated Actions No. 2:11-cv-00353 MCE GGH and No. 2:09-cv-00842 MCE GGH, *Sandipkumar Tandel v. County of Sacramento, et al.*

IT IS SO ORDERED.

Dated: September 3, 2014

						_____
						MORRISON C. ENGLAND, JR., CHIEF JUDGE
						UNITED STATES DISTRICT COURT