GERI LYNN GREEN (SBN 127709)
LAW OFFICE OF GERI LYNN GREEN
4 Embarcadero Center, 14th Floor
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiff
SANDIPKUMAR TANDEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | CASE NO.  2:11-cv-00353 MCE AC<br><br>**UNOPPOSED REQUEST AND ORDER TO EXTEND TIME FOR FILING TRIAL BRIEFS AND OBJECTIONS TO MOTIONS IN LIMINE FROM DECEMBER 3, 2015 TO DECEMBER 7, 2015**<br><br>**TRIAL DATE: FEBRUARY 22, 2016** |

　　　　Plaintiff's counsel Geri Green requests an extension of two court days for the filing of Plaintiff's trial brief and objections to Defendants' Motions in Limine.  Plaintiff's counsel, Geri Green, required emergency surgery to which she has suffered some complications.  As a result, she has been unable to properly respond to the Defendants' Motions in Limine or prepare a trial brief.

　　　　The parties have met and conferred and Defense Counsel has expressed that he has no objection to this request.

The current deadline for filing the Trial Brief and Objections to Evidentiary and Procedural Motions is December 3, 2015. The pre-trial conference is scheduled for December 17, 2015 and trial is scheduled to begin on February 22, 2016.  This request will not have any effect on the Court's other scheduled dates.

Accordingly,  Plaintiff's counsel requests that the deadline for filing the Trial Brief and objections to the Motions In Limine be extended to December 7, 2015.

Dated: December 3, 2015                          LAW OFFICES OF GERI LYNN GREEN

                                                */S/: Geri Green*_____
                                                GERI GREEN
                                                Attorneys for Plaintiff

## ORDER

In accordance with the foregoing request, the deadline for filing the Trial Brief and objections to Defendants' Motions in Limine is extended to December 7, 2015.

IT IS SO ORDERED:

Dated:  December 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT