GERI LYNN GREEN (SBN 127709)
LAW OFFICE OF GERI LYNN GREEN
4 Embarcadero Center, 14th Floor
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiff
SANDIPKUMAR TANDEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | CASE NO.  2:11-cv-00353 MCE AC<br><br>**JOINT REQUEST TO CHANGE TIME OF SETTLEMENT CONFERENCE FROM 9:00 A.M. TO 11:00 A.M. ON FEBRUARY 19, 2016** |

     The parties jointly request the Court change the time of the settlement conference from 9:00 a.m. to 11:00 a.m.

     Respectfully Submitted,

Dated: February 17, 2016            LAW OFFICE OF GERI LYNN GREEN

                                    By: */S/: Geri Green*
                                    GERI GREEN
                                    Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: Dated: February 17, 2016 | LONGYEAR, O'DEA AND LAVRA, LLP |

By: */S/ Van Longyear*
VAN LONGYEAR
PETER C. ZILAFF
Attorneys for Defendants

IT IS SO ORDERED:

Dated:  February 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE