Geri Lynn Green, CSB No. 127709
Law Offices of Geri Lynn Green
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
(415) 982-2600 (tel.)
(415) 358-4562 (fax)

Attorneys for Plaintiff

LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants County of Sacramento, John McGinness, Deputy Stephanie Jacoby, Deputy Mark Medeiros

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>   Defendants. | CASE NO. 2:11-cv-00353 MCE AC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL** |

Plaintiff, Sandipkumar Tandel, is represented by Geri Green of the Law Offices of Geri Lynn Green and Dennise S. Henderson of the Law Office of Dennise S. Henderson. Defendants, Attorneys for Defendants County of Sacramento, John McGinness, Deputy Stephanie Jacoby and Deputy Mark Medeiros are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

The parties have met and conferred and stipulate to extending the time for filing the dismissal in this matter. The current deadline for filing the dismissal pursuant to the Court's Minutes (ECF No. 191) is May 4, 2016. An extension of time to file closing documents and the dismissal is necessary due to the extended negotiations with Medicare. The parties stipulate to and request an extension of ninety days.

Accordingly, the parties through their counsel stipulate to and request an order extending the deadline to file closing documents to August 2, 2016.

Dated: May 4, 2016                        LAW OFFICES OF GREEN & GREEN LLP

                                          */S/: Geri Green*_____
                                          GERI GREEN
                                          Attorneys for Plaintiff


Dated: May 4, 2016                        LONGYEAR, O'DEA & LAVRA, LLP

                                          */S/: Van Longyear*_____
                                          VAN LONGYEAR
                                          PETER C. ZILAFF
                                          Attorneys for Defendants,
                                          County of Sacramento, et al.

**ORDER**

Pursuant to the foregoing stipulation, the deadline for the parties to file dispositional documents is hereby extended to August 2, 2016.

IT IS SO ORDERED.

Dated: May 12, 2016

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE