GERI LYNN GREEN (SBN 127709)
LAW OFFICE OF GERI LYNN GREEN
4 Embarcadero Center, Suite 1400
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiff
SANDIPKUMAR TANDEL


LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants County of Sacramento,
John McGinness, Deputy Stephanie Jacoby, Deputy Mark Medeiros

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,  et al,<br><br>Defendants. | Case No. **2:11-CV-00353-MCE AC**<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE (ECF 198); STIPULATION; AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL** |

Plaintiff, Sandipkumar Tandel, is represented by Geri Green of the Law Office of Geri Lynn Green. Defendants, County of Sacramento, John McGinness, Deputy Stephanie Jacoby and Deputy Mark Medeiros are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

The parties have met and conferred and stipulate to extending the time for filing the dismissal in this matter. The current deadline for filing the dismissal pursuant to the Court's

Order (ECF No. 197) was August 2, 2016. An extension of time to file closing documents and the dismissal is necessary due to the extended negotiations with Medicare. The parties stipulate to and request an extension of ninety days.

Counsel for Plaintiff apologizes to the Court for failing to apprise the Court of the need for additional time to file dispositional documents before August 2, 2016. That date had been calendared in Counsel's office computerized calendar which generally synchronizes with counsel's Smart Phone calendar. However, during a recent move of the computer equipment, the server suffered a malfunction and has yet to be operating properly. It is respectfully requested that this Court not impose sanctions as counsel are diligently working to secure the necessary information to finalize the settlement.

In order to complete the settlement, both sides require a final payment amount from Medicare. Counsel for Mr. Tandel has been in contact with Medicare after submitting the necessary paperwork, and back up documents months ago. When last she spoke with Medicare on August 17, 2016, she was informed that the case had finally been reviewed, the review completed, and that the reviewer was in the process of "preparing a letter". She was told the letter should be received within 14 days. If it did not arrive in that time, she was told to call back. If the letter did not resolve the matter, she was told that she may need to supply additional information.

In light of time Medicare requires to respond, it is respectfully requested that the Court set the date for the filing of disposition documents to November 4, 2016.

Counsel has spoken with Defense Counsel who does not oppose this motion as they require the same information from Medicare to finalize the settlement.

Consequently, it is herein respectfully requested that the Court not impose sanctions or dismiss the case and, instead, continue the matter to November 2, 2016.

//

//

Accordingly, the parties through their counsel stipulate to and request an order extending the deadline to file closing documents to November 2, 2016.

Dated: August 23, 2016          LAW OFFICE OF GERI LYNN GREEN

/S/: *Geri Green*
GERI GREEN
Attorney for Plaintiff
Sandipkumar Tandel

Dated: August 23, 2016          LONGYEAR, O'DEA & LAVRA, LLP

/S/: *Peter C. Zilaff*
VAN LONGYEAR
PETER C. ZILAFF
Attorneys for Defendants,
County of Sacramento, et al.

## **ORDER**

Good cause appearing and pursuant to the foregoing stipulation, the deadline to file dispositional documents shall be November 2, 2016. No sanctions are ordered.

IT IS SO ORDERED:

Dated: August 24, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE