GERI LYNN GREEN (SBN 127709)
LAW OFFICE OF GERI LYNN GREEN
4 Embarcadero Center, Suite 1400
San Francisco, California  94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Plaintiff

LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants County of Sacramento,
John McGinness, Deputy Stephanie Jacoby, Deputy Mark Medeiros

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br>          Plaintiffs,<br>     v.<br>COUNTY OF SACRAMENTO,  et al,<br>          Defendants. | Case No. **2:11-CV-00353-MCE AC**<br><br>**STIPULATION; AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL TO MAY 3, 2017** |

Plaintiff, Sandipkumar Tandel, is represented by Geri Green of the Law Office of Geri Lynn Green. Defendants, County of Sacramento, John McGinness, Deputy Stephanie Jacoby and Deputy Mark Medeiros are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

The parties have met and conferred and stipulate to extending the time for filing the dismissal in this matter. The current deadline for filing the dismissal pursuant to the Court's Order  (ECF No. 204) is April 3, 2016. Another extension of time to file closing documents and the dismissal is necessary due to the extended negotiations with Medicare and Medi-Cal. The parties stipulate to and request an extension of thirty days.

In order to complete the settlement, both sides require a final payment amounts from

Medicare and Medi-Cal.  Both Medicare and Medi-Cal have determined that they will not pursue any lien, however Medi-Cal is still in the process of preparing a letter of confirmation.  Consequently, it is respectfully requested that the Court set the date for the filing of disposition documents to May 3, 2017 in order to finalize all the paperwork.

Accordingly, the parties, through their counsel, stipulate to and request an order extending the deadline to file closing documents to May 3, 2017.

Dated:  April 5, 2017        LAW OFFICE OF GERI LYNN GREEN

/S/: *Geri Green*
GERI GREEN
Attorney for Plaintiff
Sandipkumar Tandel

Dated: April 5, 2017         LONGYEAR, O'DEA & LAVRA, LLP

/S/: *Van Longyear*
VAN LONGYEAR
Attorneys for Defendants,
County of Sacramento, et al.

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the deadline by which the parties shall file dispositional documents shall be continued to May 3, 2017.

IT IS SO ORDERED.

Dated:  April 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE