GERI LYNN GREEN (SBN 127709)
LAW OFFICE OF GERI LYNN GREEN
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Plaintiff

LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants County of Sacramento,
John McGinness, Deputy Stephanie Jacoby, Deputy Mark Medeiros

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

| | |
|---|---|
| SANDIPKUMAR TANDEL,<br>    Plaintiffs,<br>v.<br>COUNTY OF SACRAMENTO, et al,<br>    Defendants. | Case No. **2:11-CV-00353-MCE AC**<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER** |

Plaintiff, Sandipkumar Tandel, is represented by Geri Green of the Law Office of Geri Lynn Green. Defendants, County of Sacramento, John McGinness, Deputy Stephanie Jacoby and Deputy Mark Medeiros are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sandipkumar Tandel, by and through his attorney of record, and Defendants County of Sacramento, John McGinness, Deputy Stephanie Jacoby and Deputy Mark Medeiros, by and through their attorneys of record, stipulate to the voluntary dismissal of this action with prejudice.

Each party is to bear his own costs, fees, or expenses.

IT IS SO STIPULATED.

Dated: May 16, 2017          LAW OFFICE OF GERI LYNN GREEN

/S/: *Geri Green*
GERI GREEN
Attorney for Plaintiff
Sandipkumar Tandel

Dated: May 16, 2017          LONGYEAR, O'DEA & LAVRA, LLP

/S/: *Van Longyear*
VAN LONGYEAR
Attorneys for Defendants,
County of Sacramento, et al.

**ORDER**

Based on the parties' stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: May 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE